UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :

BRUCE GOONAN,                                    :

                                                              :    Civ. No.: 12-Civ-3859 (JPO) (AJP)

               Plaintiff,            :

                                            :

   - against -                                   :

                                            :

FEDERAL RESERVE BANK OF NEW YORK  :

                                            :

               Defendant.          :

                                            :
-------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT BY
## DEFENDANT FEDERAL RESERVE BANK OF NEW YORK

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the supporting Affirmation of Michele Kalstein, the Local Civil Rule 56.1 Statement of Material Facts on Motion for Summary Judgment, and the proposed Order, the Federal Reserve Bank of New York hereby moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  December 2, 2013
          New York, New York

                                                          Thomas C. Baxter, Jr.
                                                          General Counsel and
                                                            Executive Vice President
                                                          Federal Reserve Bank of New York
                                                          33 Liberty Street
                                                          New York, NY  10045

                                                          By: /s/ Shari D. Leventhal
                                                          Shari D. Leventhal
                                                          Assistant General Counsel and
                                                             Senior Vice President
                                                          Phone: 212-720-5018
                                                          Fax: 212-720-8709

E-mail: shari.leventhal@ny.frb.org